**Dismissed and Opinion Filed May 23, 2023**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00866-CV

**MICHAEL CORNETT, Appellant**
**V.**
**POST MONTORO LLC DBA MONTORO APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04102-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 25, 2023. By postcard dated March 29, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


/Emily Miskel/

220866f.p05                            EMILY MISKEL
                                       JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MICHAEL CORNETT, Appellant

No. 05-22-00866-CV     V.

POST MONTORO LLC DBA
MONTORO APARTMENTS,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-04102-
E.

Opinion delivered by Justice Miskel.
Justices Partida-Kipness and Reichek
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 23rd day of May, 2023.